Commonwealth *v.* Bonaparte, II, Appellant.

Argued March 11, 1974. *Peter Kemeny,* for appellant; *Morrison B. Williams,* Assistant District Attorney, with him *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bromage, Appellant.

Argued March 27, 1974. *Peter G. Loftus,* for appellant; *Ernest D. Preate, Jr.,* Assistant District Attorney, with him *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Brown, Appellant.

Argued March 19, 1974. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District At-

torney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brown, Appellant.

Argued March 26, 1974. *Harvey L. Anderson*, for appellant; *David Richman*, Assistant District Attorney, with him *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brumskill, Appellant.

Submitted December 10, 1973. *Daniel Walls* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *David Richman* and *James T. Ranney*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.